IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00264-JLK

STEPHEN WALLACE,

    Plaintiff,

v.

THE REGIONAL ADJUSTMENT BUREAU, INCORPORATED,
a Tennessee corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT has reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure (doc. #7), filed March 20, 2008.  It is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorneys fees and costs.

                BY THE COURT:


March 20, 2008                *S/John L. Kane*
DATE                        U.S. DISTRICT JUDGE